IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Curry, Crystal | Case Number: 05 B 21666 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 02/24/09 | Filed: 5/31/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 29, 2009
Confirmed: July 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 18,170.92 | |
| Secured: | | 10,187.02 |
| Unsecured: | | 4,688.85 |
| Priority: | | 0.00 |
| Administrative: | | 2,281.20 |
| Trustee Fee: | | 986.93 |
| Other Funds: | | 26.92 |
| Totals: | 18,170.92 | 18,170.92 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,281.20 | 2,281.20 |
| 2. | Resurgent Capital Services | Secured | 0.00 | 0.00 |
| 3. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 4. | Illinois Title Loans | Secured | 508.63 | 508.63 |
| 5. | Dell Financial Services, Inc | Secured | 441.82 | 441.82 |
| 6. | Systems & Services Technologies | Secured | 9,236.57 | 9,236.57 |
| 7. | RoundUp Funding LLC | Unsecured | 35.72 | 68.29 |
| 8. | American Express | Unsecured | 19.81 | 37.89 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 46.43 | 88.81 |
| 10. | RoundUp Funding LLC | Unsecured | 167.55 | 320.33 |
| 11. | Resurgent Capital Services | Unsecured | 51.98 | 99.38 |
| 12. | ECast Settlement Corp | Unsecured | 823.46 | 1,574.33 |
| 13. | World Financial Network Nat'l | Unsecured | 8.34 | 15.95 |
| 14. | ECast Settlement Corp | Unsecured | 47.38 | 90.60 |
| 15. | Resurgent Capital Services | Unsecured | 62.55 | 119.58 |
| 16. | Resurgent Capital Services | Unsecured | 118.57 | 226.69 |
| 17. | ECast Settlement Corp | Unsecured | 484.54 | 926.36 |
| 18. | Resurgent Capital Services | Unsecured | 172.14 | 329.08 |
| 19. | ECast Settlement Corp | Unsecured | 220.74 | 422.03 |
| 20. | ECast Settlement Corp | Unsecured | 40.23 | 76.92 |
| 21. | RoundUp Funding LLC | Unsecured | 93.18 | 178.15 |
| 22. | Resurgent Capital Services | Unsecured | 59.86 | 114.46 |
| 23. | AT&T Universal Card | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | Allstate | Unsecured | | No Claim Filed |
| 26. | Unicare | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Curry, Crystal

Printed: 02/24/09

Case Number: 05 B 21666
Judge: Wedoff, Eugene R
Filed: 5/31/05

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Shell Credit Card | Unsecured | | No Claim Filed |
| | | $ 14,920.70 | $ 17,157.07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 28.93 |
| 5.5% | 218.53 |
| 5% | 69.02 |
| 4.8% | 123.24 |
| 5.4% | 274.46 |
| 6.5% | 167.52 |
| 6.6% | 105.23 |
| | $ 986.93 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

